**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| S.B., | : | No. 8 WM 2017 |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| S.S., | : | |
| | | |
| Petitioner | | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2017, the Application for the Exercise of King's Bench Power or Extraordinary Jurisdiction is **DENIED**.